**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KATY ANNE LYNCH,

Plaintiff,

Case No.: 1:26-cv-13508

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | QUYNHANH ECOMZ |
| 2 | SUUYING |
| 3 | Gen You-us |
| 4 | xiaolei trading company |
| 5 | Uyen Printer |
| 6 | PHAM NGOC DUONG2131 |
| 7 | youderiyong |
| 8 | SYPING |
| 9 | TSECM |
| 10 | WenLiJun |
| 11 | XieQianJin(品牌已备案,跟卖必投诉封店,绝不和解) |
| 12 | gmh0s |
| 13 | FanYu-WLX |
| 14 | KERDESHOP |
| 15 | songweihuahfgy |
| 16 | 达阔DK |
| 17 | ZHIZHOU |
| 18 | PH PandaHall |
| 19 | AHANDMAKER |
| 20 | DICOSMETIC |
| 21 | GLOBLELAND |
| 22 | BEAMARKER |
| 23 | INFUNLY |
| 24 | Hobbspring |
| 25 | yunmaioo |